IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Ahmid Douglas ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1534 |
| ) | |
| ) | |
| Sentel Corporation, et al ) | |
| ) | |
| Defendants. ) | |

### **JUDGMENT**

Pursuant to the order of this Court entered on May 20, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Ahmid Douglas and against the Defendant Inifinite Services & Solutions, Inc. in the amount of $ 382,649.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
L.Creek
Deputy Clerk

Dated: May 21, 2020
Alexandria, Virginia